UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ROBERT YAKUBOV

                        Plaintiff(s),

      -against-

HOME DEPOT USA INC,,

                       Defendant(s).
---------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Docket No.: 17-cv-522

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated:        BROOKLYN, NEW YORK
                 April 24, 2018

_____
ALEKSANDR VAKAREV
Law Offices of Aleksandr Vakarev
Attorney for Plaintiff
2566 86th Street Ste 1
Brooklyn, NY 11214
Our File No. 10379

_____
Lewis Brisbois Bisgaard & Smith LLP
Attorneys for Defendant(s)
HOME DEPOT USA INC
77 Water Street, Suite 2100
New York, NY 10005